**Blue Water Plumbing Inc.**
75-14 Jamaica Ave
Woodhaven, NY  11421 US
citiwide@me.com

# Estimate

| ADDRESS |
| --- |
| Zalman Perl |
| Aegis Realty Management Corp. |
| 830 East 163 Street. |
| Bronx |

| ESTIMATE # | DATE | |
| --- | --- | --- |
| 1010 | 12/16/2019 | |

| DATE | SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 12/16/2019 | 14 Plumbing | As per walking thru the building, we found 24 Gas lines that need a sleeve thru the walls. This consist of cutting the pipes, threading, fittings, and reconnect and test the lines. Mat. $ 118.95, Labor $ 375.00 per line ! | 24 | 416.67 | 10,000.08 |
| 12/16/2019 | 14 Plumbing | As per walk-thru to remove future tee's , as shown on the pictures | 1 | 375.00 | 375.00 |
| 12/16/2019 | 01.2 Building Permits | Renew plumbing permits, call for inspections, closed-out the job, and sign-off permit. | 1 | 2,500.00 | 2,500.00 |
| 12/16/2019 | 14 Plumbing | Remaining open balance, from Shan, As per our agreement, $6800.00 to start work, $ 2500.00 once the permit is on line, Once 50% of the work completed, need 50% deposit. The remaining balance once the job is sign-off | 1 | 6,800.00 | 6,800.00 |

It's a Pleasure to work for You !

TOTAL $19,675.08

Accepted By

Accepted Date