_C_



## Re: 919 Prospect

1 message

**Avrum Rosen** <arosen@rkdlawfirm.com>                                                           Mon, Sep 9, 2019 at 3:58 PM
To: Jamie Eisen <Jamie_Eisen@nysb.uscourts.gov>, Shan Bhutta <aptek2010@yahoo.com>, seth miller <seth@aegisrealty.com>, Zalman Perl <admin4@aegisrealty.com>

Dear Ms. Eisen:

I am back from the site visit and I told Mr. Bhutta that I would send you this e-mail and the attached pictures. He will correct anything I get wrong and we can have the call or adjourn it for a week or so.

We determined that there is a serious sewage leak coming somewhere fron the "C" line, which was a line Aptek worked on. It has spilled raw sewage in the basement under the nail salon and to a lesser extent, into the basement of the adjacent bodega. Pictiures of the spills are attached and the pipes that run into this stack. Mr Bhutta has agreed that he will get his plumber into the stores toe take down the ceiling and determine the source of the leak. Remediating it may or may not affect the residential tenants. We will not know that until he gets in their. Both basements will need complete cleaning by a Hazmat crew.

We visited apartment 5C and all parties agreed that the floor is coming up. Mr. Bhutta agreed that he would have his floor installer make an appointment to repair the condition.

We fisited the dentists office. This is the project that ApTek was paid in full for and did not complete. We determined that the appropriate sign offs for the gas piping had been obtained and that ApTek would complete the apartment. Some pictures showing the condition of that apartment are attached.

Lastly, we discussed the process for obtaining final sign offs for ll the work and agreed to coordinate with the prior contractor to resolve that issue, which remains the largest issue. I agreed to discuss with Mr. Miller (who is out of the country) a partial payment once we have a handle on the extent of the sewage leak.


Thank you.

Avrum J. Rosen

Rosen & Kantrow, PLLC
38 New Street
Huntington, New York 11743
Phone: 631-423-8527
Fax 631-423-4536

 **arosen@rkdlawfirm.com**

Additional Notice: This transmission is intended only for the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient,

or its employee or agent responsible for delivery the communication to the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone and return the original communication to us at the above address by the U.S. Postal Service. Thank you.

On Mon, Sep 9, 2019 at 12:13 PM Jamie Eisen <Jamie_Eisen@nysb.uscourts.gov> wrote:

We had set the call for 4 PM. Please call me later this afternoon after you are finished with the site visit and we can discuss rescheduling the call. Thanks.

Jamie M. Eisen

Law Clerk to the Honorable Shelley C. Chapman

United States Bankruptcy Court for the Southern District of New York

One Bowling Green

New York, NY 10004

(212) 284-4033

Jamie_eisen@nysb.uscourts.gov

**From:** Avrum Rosen <arosen@rkdlawfirm.com>
**Sent:** Monday, September 09, 2019 11:16 AM
**To:** Jamie Eisen <Jamie_Eisen@nysb.uscourts.gov>
**Subject:** 919 Prospect

Dear Ms.Eisen:

I believe that we scheduled a call for tomorrow at 2:00 pm to report on the status of the ApTek matter. At the time I thought I had a deposition in the morning. It turns out it starts at 2:00 pm. I am about to leave to go do the sitte visit. Please advise if there is another time when we could do it and I will confer with the interested parties. 1:00 pm or earlier would work for me.

Thank you, and I apologize for the  mix up..

Avrum J. Rosen

Rosen & Kantrow, PLLC
38 New Street
Huntington, New York 11743
Phone: 631-423-8527
Fax 631-423-4536

**arosen@rkdlawfirm.com**

Additional Notice: This transmission is intended only for the individual
or entity to which it is addressed and may contain information that is
privileged, confidential and exempt from disclosure under applicable
law. If the reader of this communication is not the intended recipient,
or its employee or agent responsible for delivery the communication to
the intended recipient, you are notified that any dissemination,
distribution or copying of this communication is strictly prohibited. If
you have received this communication in error, please notify the sender
immediately by telephone and return the original communication to us at
the above address by the U.S. Postal Service. Thank you.

**6 attachments**



**effulent.jpg**
4533K



**leakingpipes.jpg**
4097K

**wasteinbodega.jpg**
3748K



**wastewater.jpg**
5599K



**dentistLR.jpg**
3714K



**dentistgasline_130102971.jpg**
3668K





# Re: AP TEK FOR 919 PROSPECT AVE.

1 message

**Shan Bhutta** <aptek2010@yahoo.com>                                      Thu, Sep 19, 2019 at 12:10 PM
To: Avrum Rosen <arosen@rkdlawfirm.com>
Cc: Seth Miller <seth@aegisrealty.com>, Zalman Perl <admin4@aegisrealty.com>

Good afternoon,

We will take a picture of the garbage and email it to you before we start the work and any garbage related to us will be removed. There are bricks there which is not ours.

Regards.

On Thursday, September 19, 2019, 11:01:06 AM EDT, Avrum Rosen <arosen@rkdlawfirm.com> wrote:

Shan:  The sewage is the result of your work and it is your responsibility.  We will clean it up and it is our position that you are responsible for the cost.  The judge will decide.
Thank you.

Avrum J. Rosen

Rosen & Kantrow, PLLC
38 New Street
Huntington, New York 11743
Phone: 631-423-8527
Fax 631-423-4536

**arosen@rkdlawfirm.com**

Additional Notice: This transmission is intended only for the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, or its employee or agent responsible for delivery the communication to the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone and return the original communication to us at the above address by the U.S. Postal Service. Thank you.

On Thu, Sep 19, 2019 at 10:52 AM Shan Bhutta <aptek2010@yahoo.com> wrote:
Good morning,

The existing garbage does not belong to us. We will remove our work related garbage as soon as we fix the leaks.

On Thursday, September 19, 2019, 07:12:01 AM EDT, Avrum Rosen <arosen@rkdlawfirm.com> wrote:


No, you will remediate the basement and clean up all the sewage, or we will do it and back charge you. I made that quite clear at the meeting. And for the fourth time, pleas repy all on these emils.
Thank you.

Avrum J. Rosen

Rosen & Kantrow, PLLC
38 New Street
Huntington, New York 11743
Phone: 631-423-8527
Fax 631-423-4536

 **arosen@rkdlawfirm.com**

Additional Notice: This transmission is intended only for the individual
or entity to which it is addressed and may contain information that is
privileged, confidential and exempt from disclosure under applicable
law. If the reader of this communication is not the intended recipient,
or its employee or agent responsible for delivery the communication to
the intended recipient, you are notified that any dissemination,
distribution or copying of this communication is strictly prohibited. If
you have received this communication in error, please notify the sender
immediately by telephone and return the original communication to us at
the above address by the U.S. Postal Service. Thank you.

On Wed, Sep 18, 2019 at 3:06 PM Shan Bhutta <aptek2010@yahoo.com> wrote:
Good afternoon,

Once we get access to repair the leak in the basement we will clean up our work related garbage.

Regards.

On Wednesday, September 18, 2019, 11:35:14 AM EDT, Avrum Rosen <arosen@rkdlawfirm.com> wrote:


I hope that is the case. BTW remember, the leak is also in the Bodega and that space has to be cleaned.
Thank you.

Avrum J. Rosen

Rosen & Kantrow, PLLC
38 New Street
Huntington, New York 11743
Phone: 631-423-8527
Fax 631-423-4536

**arosen@rkdlawfirm.com**

Additional Notice: This transmission is intended only for the individual
or entity to which it is addressed and may contain information that is
privileged, confidential and exempt from disclosure under applicable
law. If the reader of this communication is not the intended recipient,
or its employee or agent responsible for delivery the communication to
the intended recipient, you are notified that any dissemination,
distribution or copying of this communication is strictly prohibited. If
you have received this communication in error, please notify the sender
immediately by telephone and return the original communication to us at
the above address by the U.S. Postal Service. Thank you.

On Wed, Sep 18, 2019 at 11:33 AM Shan Bhutta <aptek2010@yahoo.com> wrote:
Good morning,

Our plumber looked at it and he said there is only leaks in the beauty parlor.Its an old elbow that is cracked we will open the wall and replace it. If it was the line everybody would have leaks in their apartments but nobody has leaks in their apartments.All that was fire proofed.

Regards.

On Wednesday, September 18, 2019, 11:22:42 AM EDT, Avrum Rosen <arosen@rkdlawfirm.com> wrote:


Shan:

That is not what she directed. I told her I would go and inspect to ascertain the extent of the promlems because you were claiming there were no leaks and you could not do the Dentist apartment because there ws no sign off. Both of those statements were not accurate. You have not opened the wall in the basement yet and do not know for sure where the leak is. i hope you are correct. And Please "Reply All" on your responses.
Thank you.

Avrum J. Rosen

Rosen & Kantrow, PLLC
38 New Street
Huntington, New York 11743
Phone: 631-423-8527
Fax 631-423-4536

**arosen@rkdlawfirm.com**

Additional Notice: This transmission is intended only for the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, or its employee or agent responsible for delivery the communication to the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone and return the original communication to us at the above address by the U.S. Postal Service. Thank you.

On Wed, Sep 18, 2019 at 11:17 AM Shan Bhutta <aptek2010@yahoo.com> wrote:
Good morning,

At the last hearing at the court and as per the judge she said to release at least 50% of the outstanding balance  so I can go back and finish the work in apartment 1B known as dentist office.

As per the leaks its not the whole line only in the basement just under the 1st floor beauty parlor  basement and it will  be repaired from the basement and we don't have to relocate anybody from above. The repairs could be done by today if we had access to the basement.

Regards.

On Wednesday, September 18, 2019, 10:51:23 AM EDT, Avrum Rosen <arosen@rkdlawfirm.com> wrote:


Dear Shan:

First, please ciopy Seth and Zalman on your e-mails.  Especially if you are claiming he did not do something.  Second, I NEVER said I was getting you a 50% payment before you started work.  I told you I would discuss a partial payment with Seth once the basement leak was fixed and you started the work on the Dentist's apartment.  The reason is simple.  We do not know the extent of what has to be done to fix the basementleak.  That Ikine is fully occupied.  if it turns out we have to relocate all or some of the tenants to do the work, you are talking a lot of money.  That is why I urged you to do that first, and the fact that it is a health issue.  I also do not know how disruptive it will be to the two commercial tenants.

The last issue that then has to be resolved is the CO issue, which we are working on.  Zalman will coiordinate on you doing the repair work.
Thank you.

Avrum J. Rosen

Rosen & Kantrow, PLLC
38 New Street
Huntington, New York 11743
Phone: 631-423-8527
Fax 631-423-4536

**arosen@rkdlawfirm.com**

Additional Notice: This transmission is intended only for the individual

or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, or its employee or agent responsible for delivery the communication to the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone and return the original communication to us at the above address by the U.S. Postal Service. Thank you.

On Wed, Sep 18, 2019 at 10:26 AM Shan Bhutta <aptek2010@yahoo.com> wrote:
Good morning Sir,


1)I would like to update you regarding the leaks in the basement under the beauty parlor.
   The owner is currently out of town and we cannot get access to do the repairs until she comes back. I texted zalman for the     keys to the basement but he has not responded and we have to wait until the owner of the beauty parlor comes back.

2)I want to start working on apartment 1B but i need the 50% payment from the outstanding invoices in order to proceed.
   Please let me know when can i stop by and pick up a check.


Regards.

Shan Bhutta
917-559-2107



## RE:
1 message

**Seth Miller** <seth@aegisrealty.com>                                   Wed, Sep 25, 2019 at 4:48 PM
To: Shan Bhutta <aptek2010@yahoo.com>
Cc: Avrum Rosen <arosen@rkdlawfirm.com>, Zalman Perl <admin4@aegisrealty.com>

Shann:

Our issues with you include not only the uncompleted and defective work.

The overriding issue is the uncompleted DOB signoffsj. Our potential damages from this far exceeds the total amount of money you are owed, so without resolution on this, we cannot release any money.

I suggest that we meet with your plumber to discuss this so I can fully understand the issue. I am available to come to your office tomorrow morning.

**From:** Shan Bhutta <aptek2010@yahoo.com>
**Sent:** Wednesday, September 25, 2019 12:16 PM
**To:** Seth Miller <seth@aegisrealty.com>
**Cc:** Avrum Rosen <arosen@rkdlawfirm.com>; NYSBml_Chapman's_Chambers <scc.chambers@nysb.uscourts.gov>
**Subject:**

Good morning,

We have informed our plumber since you have a work stop order on the building and he will be checking with Department of Building to resolve the issue regarding the leak. As soon as we have an update from the plumber we will inform you. I would appreciate it if you can release 50 % of the outstanding payment so we can finish apartment 1B remaining work.

Regards.

On Wednesday, September 25, 2019, 11:14:40 AM EDT, Seth Miller <seth@aegisrealty.com> wrote:

Shann:  Still waiting for your reply concerning the below . We  are closed for the Jewish holiday on Monday and Tuesday of next week.

I

Shann:

Avrum Rosen forwarded me an  email  wherein you complained that we were  not letting you into fix the leak problem.  That is not true. We have been  anxious for you to fix the problem, asking only that you assure us that a permit is in place to do the work. A couple days ago Avrum said you told him the work could be done under an existing permit. We have been waiting for  you to show us the permit to which you are referring. As soon as you  email it so us, we will immediately contact the store tenant to arrange access.

[cid:image002.jpg@01D57392.68B835E0]



## (no subject)
1 message

**Seth Miller** <seth@aegisrealty.com>                                      Tue, Sep 24, 2019 at 4:10 PM
To: "Shann Aptek Contractiing (aptek2010@yahoo.com)" <aptek2010@yahoo.com>
Cc: Avrum Rosen <arosen@rkdlawfirm.com>, Zalman Perl <admin4@aegisrealty.com>

Shann:

Avrum Rosen forwarded me an   email  wherein you complained that we were  not letting you into fix the leak problem.  That is not true. We have been  anxious for you to fix the problem, asking only that you assure us that a permit is in place to do the work. A couple days ago Avrum said you told him the work could be done under an existing permit. We have been waiting for  you to show us the permit to which you are referring. As soon as you  email it so us, we will immediately contact the store tenant to arrange access.

[cid:image001.jpg@01D572F2.93CF34E0]

**2 attachments**

**Seth A. Miller**
Aegis Realty Corp.
President

(646) 873-6771 Primary
seth@aegisrealty.com

2 West 45th Street
Suite #1704
New York, NY 10036

**image001.jpg**
12K

☐ **Seth A  Miller.vcf**
2K



## (no subject)

1 message

**Shan Bhutta** <aptek2010@yahoo.com>                                                          Wed, Sep 25, 2019 at 12:16 PM
To: Seth Miller <seth@aegisrealty.com>
Cc: Avrum Rosen <arosen@rkdlawfirm.com>, NYSBml_Chapman's_Chambers <scc.chambers@nysb.uscourts.gov>

Good morning,

We have informed our plumber since you have a work stop order on the building and he will be checking with Department of Building to resolve the issue regarding the leak. As soon as we have an update from the plumber we will inform you. I would appreciate it if you can release 50 % of the outstanding payment so we can finish apartment 1B remaining work.

Regards.

On Wednesday, September 25, 2019, 11:14:40 AM EDT, Seth Miller <seth@aegisrealty.com> wrote:

Shann:  Still waiting for your reply concerning the below . We  are closed for the Jewish holiday on Monday and Tuesday of next week.
I

Shann:

Avrum Rosen forwarded me an  email  wherein you complained that we were  not letting you into fix the leak problem.  That is not true. We have been  anxious for you to fix the problem, asking only that you assure us that a permit is in place to do the work. A couple days ago Avrum said you told him the work could be done under an existing permit. We have been waiting for  you to show us the permit to which you are referring. As soon as you  email it so us, we will immediately contact the store tenant to arrange access.

[cid:image002.jpg@01D57392.68B835E0]

---

**2 attachments**

**image002.jpg**
27K

**Seth A. Miller**
Aegis Realty Corp.
President

(646) 873-6771 Primary
seth@aegisrealty.com

2 West 45th Street
Suite #1704
New York, NY 10036

Seth A  Miller.vcf
2K



# Fwd: 919 PROSPECT AVE

1 message

**Jamie Eisen** <Jamie_Eisen@nysb.uscourts.gov>                    Thu, Oct 17, 2019 at 4:43 PM
To: Avrum Rosen <arosen@rkdlawfirm.com>

Begin forwarded message:

**From:** Shan Bhutta <aptek2010@yahoo.com>
**Date:** October 17, 2019 at 4:35:50 PM EDT
**To:** Ian Gazes <Ian@gazesllc.com>, NYSBml_Chapman's_Chambers <scc.chambers@nysb.uscourts.gov>
**Subject: RE: 919 PROSPECT AVE**

Good afternoon,

I would like to update regarding the above project status. We have repaired the leak in the basement and it has been completed with no more leaks. Apartment 1B also known as dentist office, we are currently working in that apartment and it will be completed next week. I met with Mr. Seth Miller and I asked him for the outstanding claim amount and Mr. Seth Miller said ask Mr. Ian he has to pay you.

Please present this information to the Honorable Judge. Your response will be greatly appreciated.

Regards.

Shan Bhutta
AP. TEK Restoration Inc.
917-559-2107