

## FW: 830=1B Electric sign off

1 message

**Seth Miller** <seth@aegisrealty.com>                                Mon, Apr 20, 2020 at 3:13 PM
To: Avrum Rosen <arosen@rkdlawfirm.com>

**From:** Zalman Perl <admin4@aegisrealty.com>
**Sent:** Friday, December 27, 2019 9:17 AM
**To:** Shann <aptek2010@yahoo.com>; Seth Miller <seth@aegisrealty.com>
**Subject:** 830=1B Electric sign off

Shann DOB came to do a sign of inspection today we failed because your garbage is still in the apartment I showed it to you a couple of weeks ago you told Me that you're going to be there the following day

On this apartment you got paid in full

Zalman Perl

Field Manager

2 West 45th St Suite 1704

New York, NY 10036

**E-Mail:** admin4@aegisrealty.com

**Main:** 212.579.1500 ext. 1621

Cell 917.686.7636

**Fax**: 212.564.5372



Realty Management Corp