

## FW: AP TEK RESPONSE

1 message

**Seth Miller** <seth@aegisrealty.com>
To: Avrum Rosen <arosen@rkdlawfirm.com>

Mon, Apr 20, 2020 at 3:14 PM

**From:** Shan Bhutta <aptek2010@yahoo.com>
**Sent:** Friday, March 15, 2019 4:15 PM
**To:** Seth Miller <seth@aegisrealty.com>
**Subject:** RE: AP TEK RESPONSE

Good afternoon,

We have the material for the dentist office and we are finishing up on the c-line and after that we will work on 1B.

Regards.

On Monday, March 11, 2019, 5:27:34 PM PDT, Seth Miller <seth@aegisrealty.com> wrote:

Shan:

The chicken tikka was great, thanks.

We discussed a number of things today but right now I just want to focus in on the issues involving the 1b(dentists) and church/store job. My conclusion is that it would be best for all of us if you give us a cash credit and we take over finishing the job. Then there would be no necessity for Ian to hold back payments to you to secure your finishing the job. Note that the contract we signed specified that your final payment is to be after DOB closes the job.

If this makes sense to you, please give some thought to the appropriate amount of the credit. In so doing, you must consider :

- The cost of reinstating the permit. This must be done, despite your protestations to the contrary. While arguably you could plaster and paint without a permit, you need to install doors, do finish carpentry , install cabinets and hook up plumbing , all of which requires a permit. Besides, as stated above, your payment is not due unto the job is closed, and without a permit it cannot be closed.

- The cost of the kitchen. You said that the kitchen cabinets were to be 5 feet long, but that is incorrect. The contract specifies 8-foot kitchens.

- The remaining construction is doors, moldings/trim, flooring, spackle, prime, 2 coats paint.

Let me know your thoughts.

Seth