| | |
|---|---|
| **From:** | Shan Bhutta <aptek2010@yahoo.com> |
| **Sent:** | Friday, April 24, 2020 2:41 PM |
| **To:** | mwitz@optonline.net |
| **Subject:** | Re: 919 Prospect Ave LLC Case No. 16-13569-SCC |

Good afternoon,

Please find below our response to the issues regarding the gas pipe lines

1) All the gas pipe lines were installed by a previous contractor before we start working on this project.
2)We are not responsible for any gas work, gas lines were not part of our contract therefore we are not responsible for the
    gas lines he has mentioned to do the corrections for the gas line which the owner is responsible for.We will take care of the sub-contractor for the $6,800.00
3)We have done the repair work under the nail salon in November and after that there was an old cold water supply in the basement ceiling that was leaking into the basement and we showed the manager, we are not responsible to repair that because it is not part of our job . Apartment 1B we have completed in November 2019 and after we finished the work in Apartment 1B. The electrician came back to the apartment to install the light fixtures and switches. He cut a few holes in the wall to run the cables and we are not responsible for that.Electrician is not our sub contractor. They can provide a punch-list related to our work and we will send the crew to take care of it. Before the crew goes back to complete the punch list we need at least 80 % of the claim amount and they can hold 20 % and after they punch list is completed the can release the rest of the  amount.
4) Apartment 3D, 4D , 5D was completed in 2018 and that work was accepted by HPD and DOB and the tenants were relocated back to these apartments. DOB did not sign off this building because of the gas lines which is not part of our job and once the gas lines are passed the building will sign off.
3) The trustee appeared in court on September 4, 2019 and acknowledged that the outstanding balance is correct.At the same time the judge told Mr. Avrum to release at least 50% of the claim and AP Tek will go back and finish the rest of the work. He has released only $10,000.00 and we sent our crew back to complete the apartment 1B. We have completed in the month of November. After we completed the electrician damaged the walls. The can deduct the $10,000.00 from the 80% and release the rest.

Regards.

On Thursday, April 23, 2020, 10:09:48 AM EDT, mwitz@optonline.net <mwitz@optonline.net> wrote:

See attached – this is the opposition filed by property owner

Pls review and advise

**From:** Avrum Rosen [mailto:arosen@rkdlawfirm.com]
**Sent:** Monday, April 20, 2020 6:31 PM
**To:** Avrum Rosen <arosen@rkdlawfirm.com>

1