**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
In re:

     919 PROSPECT AVE LLC                   Chapter 11
                                               Case No. 16-13569 (SAB)
                                                 Related Doc # 266

                            Debtor.
-------------------------------------------------------------------X

## SCHEDULING ORDER

     **FAILURE TO COMPLY WITH THIS ORDER IN WHOLE OR IN PART MAY RESULT IN DISMISSAL OR OTHER SANCTION.** If delay or other act or omission of your adversary may result in a sanction against you, it is incumbent on you to promptly bring this matter to the Court for relief.

It is hereby ORDERED as follows:

1. As the *Motion of Ap Tek Restoration Inc. for an Order Declaring That AP Tek Restoration Inc. Is Not Responsible for the Documents Requested by Debtor* (ECF No. 266) (the "Motion") is a contested matter, Federal Rule of Bankruptcy Procedure 9014 applies.

2. All discovery shall be completed by **June 2, 2026**. All discovery requests must be served no later than 30 days prior to the close of discovery. In the event of a dispute over discovery, the parties' counsel shall promptly confer in a good-faith effort to resolve the dispute. If, notwithstanding their good-faith efforts, the parties are unable to resolve a discovery issue, they shall promptly inform the Court by letter describing the nature of the dispute and request a discovery conference. The letter shall be no longer than one (1) page. At the conference, the Court will ask the parties about their prior efforts to resolve the dispute.

3. Either Ap Tek Restoration Inc. ("Ap Tek") or 919 Prospect Ave LLC (the "Debtor," together with Ap Tek, the "Parties"), or both Parties may seek leave to amend their pleadings after completion of discovery and before the steps set forth in paragraphs 5–11 below.

4. The Court will hold an evidentiary hearing on **June 30, 2026, at 10:00 a.m. (Eastern Time)** (the "Hearing"). The Hearing shall be conducted in person.

5. The evidentiary hearing rules set forth on the Chambers' Rules page of the Honorable Shireen A. Barday shall apply. All Chambers' Rules may be found on the website of the Bankruptcy Court for the Southern District of New York.

6. No later than fourteen (14) days before the Hearing, the Parties shall exchange witness lists.  Direct examinations or proffers shall be conducted live at the Hearing, and the witnesses on direct examination, if any, shall be present for cross-examination and redirect.

7. No later than fourteen (14) days before the Hearing, the Parties shall exchange pre-marked exhibits (other than exhibits intended to be used for rebuttal or impeachment) and confer regarding admissibility.

8. No later than seven (7) days before the Hearing, the Parties shall provide two indexed sets of exhibits to the Court, together with, if available, a flash drive containing PDF copies of all of the exhibits.  Whether in hard copy or electronic, all exhibit sets submitted to the Court shall include an index that (a) lists all exhibits and (b) highlights any contested exhibits in yellow.

9. The Parties shall file motions *in limine*, if any, at least fourteen (14) days before the Hearing, with responses due seven (7) days before the Hearing.

10. The *Stipulation and Order* (ECF No. 237) underlying the Motion presently before the Court was entered in 2020, and the Motion itself was filed in 2023, and has previously been set for trial.  Accordingly, in the interest of efficient case management and to avoid further undue delay, the Court will not grant any further adjournments.


Date: March 10, 2026
New York, New York

/s/ Shireen A. Barday
**HONORABLE SHIREEN A. BARDAY**
**UNITED STATES BANKRUPTCY JUDGE**