**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

In re:

919 PROSPECT AVE LLC,                           Chapter 11

                                    Debtor.     Case No. 16-13569 (SAB)

----------------------------------------------------------X

## FINAL PRETRIAL SCHEDULING ORDER

It is hereby: **ORDERED** that this Court shall hold the final pretrial conference on **June 23, 2026, at 11:00 a.m. (Eastern Time)**, which shall proceed remotely via Zoom for Government, and all parties wishing to appear remotely must make an e-appearance through the "eCourt Appearances" tab on the Court's website (https://ecf.nysb.gov/cgi-bin/nysbAppearances.pl) no later than 4:00 p.m. (Eastern Time) on the business day before the proceeding (the "Appearance Deadline").  Following the Appearance Deadline, the Court will circulate by email the Zoom link to the proceeding to those parties having made an electronic appearance;

**ORDERED** that the parties shall submit a proposed joint pretrial order to Chambers (barday.chambers@nysb.uscourts.gov) no later than **June 16, 2026 at 10:30 a.m. (Eastern Time),** in Word format.  The form joint pretrial order may be found on the Chambers Rules page of the Honorable Shireen A. Barday (located at https://www.nysb.uscourts.gov/content/judge-shireen-barday under the forms tab, titled "Pre-Trial Scheduling Order");

**ORDERED** that nothing herein shall be construed so as to modify or otherwise supersede the requirements set forth in the Scheduling Order at ECF No. 300; and it is further

**ORDERED** that this Court shall retain jurisdiction over any dispute or controversy arising from or related to the entry of this Order.

Date: <u>May 19, 2026</u>
New York, New York

/s/ *Shireen A. Barday*
**HONORABLE SHIREEN A. BARDAY**
**UNITED STATES BANKRUPTCY JUDGE**