Rosen, Tsionis & Pizzo PLLC
*Attorneys for the Post-Confirmation Debtor*
Avrum J. Rosen, Esq.
38 New Street
Huntington, New York 11743
631 423 8527
arosen@ajrlawny.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                               :

                               :

  919 PROSPECT AVE  LLC                     Chapter 11
                                      Case No. 16-13569-SAB

                               :

                               :

------------------------------------------------------------x

**POST CONFIRMATION DEBTOR'S WITNESS LIST AND EXHIBIT LIST**

**EXHIBIT LIST**

**A.** Aptek Motion and Exhibits

**B.** Debtor's Objection to Motion and Exhibits

**C.** Stipulation and Order

**D.** Affidavit of Shan Bhutta in Support of Motion

**E.** 8/25/20 email chain on Stipulation

**F.** 3/29/21 email chain

**G.** 7/18/21 email chain

**H.** 7/22/21 email chain

**I.** 3/28/24 email chain

**J.** 7/11 24 email chain

**K.** 7/11/24 email chain with proof of payment

1

**L.** Dkt. No. 298-1

**M.** 5/3023 email chain

**N.** Dkt, No, 298-2

**O.** NYC Permit listing and Permit

**P.** NYC webpage on Obtaining a Permit and Permit Renewal

**Q.** Multiple bills related to damages flowing from breach of Stipulation by Movant

**R.** All Post Confirmation Reports on the Docket and U.S. Trustee's Post Confirmation bills

**S.** Debtor reserves the right to supplement this list with any documents already part of the docket ion this case.

## WITNESS LIST

**Seth Miller**

**Shan Bhutta**

**Shahrish Shuvo-Expeditor**

**Mahamed Saleh-Engineer**

Dated: Huntington, New York
June 16, 2026

Rosen, Tsionis & Pizzo, PLLC

*Counsel for Debtor*

BY:  S/ Avrum J. Rosen
Avrum J. Rosen
38 New Street
Huntington, New York 11743
631 423 8527
arosen@ajrlawny.com